UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY ROBERTSON, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX CREDIT INFORMATION SERVICES, INC. <br><br> Defendants. | 1:09-CV-01205 OWW DLB <br><br> **ORDER DISMISSING ACTION** |

   Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

   IT IS HEREBY ORDERED that this matter is dismissed without prejudice.


IT IS SO ORDERED.

**Dated:   August 4, 2010**          /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE